Anthony NELSON, Appellant,

v.

Larry NORRIS, Director, Arkansas Department of Correction; R. Toney, Warden, Varner Super Max, ADC; S.J. Booner, CO–II, Varner Super Max, ADC; James Buyers, Disciplinary Hearing Officer, Arkansas Department of Correction; T. Compton, Grievance Officer, Arkansas Department of Correction; Robert Clark, Disciplinary Hearing Administrator, Arkansas Department of Correction; T. Moore, CO–II, Varner Super Max, ADC; T.C. French, Sgt., Varner Super Max, ADC; T. Brown, Grievance Officer, Varner Super Max, ADC, Appellees.

No. 01–2258.

United States Court of Appeals,
Eighth Circuit.

Submitted March 29, 2002.

Decided April 3, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Arkansas inmate Anthony Nelson appeals from the district court's[1] preservice dismissal without prejudice of his 42 U.S.C. § 1983 action. We deny his motion for service of summons. Having reviewed the record de novo, we conclude Nelson both failed to show he exhausted his administrative remedies and failed to allege a constitutional injury. *See* 42 U.S.C. § 1997e(a); *McAlphin v. Morgan,* 216 F.3d 680, 682 (8th Cir.2000) (per curiam); *Cooper v. Schriro,* 189 F.3d 781, 783–85 (8th Cir.1999) (per curiam).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.